

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-17-2005

# Schultz v. Encompass Ins Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3945

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Schultz v. Encompass Ins Co" (2005). *2005 Decisions.* Paper 397.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/397

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-3945

JASON SCHULTZ,
Appellant

v.

ENCOMPASS INSURANCE COMPANY

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 03-cv-03936)
District Judge: Hon. Juan R. Sanchez

Submitted pursuant to Third Circuit LAR 34.1(a)
Friday, September 23, 2005

Before: ROTH, McKEE and FISHER,
Circuit Judges

(Opinion filed: October 17, 2005)

OPINION

McKEE, Circuit Judge.

Jason Schultz was injured in an automobile accident and sought a declaratory

judgment that he is covered under an automobile insurance policy Encompass Insurance

issued to his grandparents, Loretta and Paul V. Schultz. Following a non-jury trial, the

district court found that Schultz is not covered by the policy because he was not a resident

of his grandparents' household at the time of the accident, as required by the terms of the

1

policy. Accordingly, the district court entered judgment in favor of Encompass, and this appeal followed, and we will affirm.

Inasmuch as the district court has set forth the factual and procedural history of this case, we find it unnecessary to repeat that history here. *See Schultz v. Encompass Insurance*, 2004 WL 2075114 (E.D. Pa. Sept. 16, 2004). Moreover, in his thoughtful Memorandum and Opinion, Judge Sanchez has carefully and completely explained his reasons for finding that Schultz is not covered under his grandparents' policy. We can add little to Judge Sanchez' searching analysis, and the arguments raised on appeal do not merit further discussion.

Accordingly, we will affirm the district court substantially for the reasons set forth in the district court's Memorandum and Order without further discussion.